# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

KAITLIN C. BROWN,                 Case No. 3:12-CV-256

    Plaintiff,

                                          Judge Timothy S. Black

-vs-

INTERNATIONAL ASSET GROUP, LLC,

    Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

**[ ]**   **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**   **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff's Motion for Default Judgment (Doc. 8) is **GRANTED**; Judgment is entered in favor of the Plaintiff and against Defendant in the following amounts: (1) statutory damages in the amount of $1,000.00; (2) attorney's fees in the amount of $2,040.00; and (3) costs in the amount of $350.00; and this case is **CLOSED.**

Date: November 30, 2012                          **JOHN P. HEHMAN, CLERK**

                                                                  By: *s/ M. Rogers*
                                                                   Deputy Clerk